United States District Court
Eastern District of Michigan

JUDITH M. HODGE, as Personal
Representative for the Estate of
CHRISTIAN JOSEPH HODGE,
Deceased,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

Civil No. 19-cv-11945

Honorable Arthur J. Tarnow
Mag. Judge Elizabeth A. Stafford

## Appearance

Notice is given that James J. Carty, Assistant U.S. Attorney for the Eastern District of Michigan, will serve as co-counsel on behalf of the United States of America in the above-captioned case.

                                      Matthew Schneider
                                      United States Attorney

                                      s/James J. Carty
                                      James J. Carty
                                      Assistant U.S. Attorney
                                      211 W. Fort St., Ste. 2001
                                      Detroit, MI  48226
                                      (313) 226-9705
                                      Email:  james.carty@usdoj.gov
                                      P74978

Date:  August 11, 2020

## Certificate of Service

I hereby certify that on August 11, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

   Richard D. Fox, Esq.
   rfox@sommerspc.com

                                   s/ James J. Carty
                                   James J. Carty
                                   Assistant U.S. Attorney
                                   211 W. Fort St., Ste. 2001
                                   Detroit, MI 48226
                                   (313) 226-9705
                                   Email: james.carty@usdoj.gov
                                   P74978